

## NUMBER 13-10-00660-CV

## COURT OF APPEALS

## THIRTEENTH DISTRICT OF TEXAS

## CORPUS CHRISTI - EDINBURG

LYDIA R. JEFFREY,                                                                          Appellant,

v.

CITY OF MISSION, TEXAS AND UNITED
STATES DEPARTMENT OF HOUSING
AND URBAN DEVELOPMENT,                                                  Appellees.

On "Order Granting United States Department of Housing and Urban
Development's Motion to Dismiss"

## MEMORANDUM OPINION

**Before Chief Justice Valdez and Justices Rodriguez and Benavides**
**Memorandum Opinion Per Curiam**

Appellant, Lydia R. Jeffery, attempts to appeal an "Order Granting United States Department of Housing and Urban Development's Motion to Dismiss" entered by the United States District Court Southern District of Texas McAllen Division on March 29, 2005. Upon receipt of the notice of appeal, the Clerk of this Court notified Jeffery that it

did not appear that this Court has jurisdiction, so that steps could be taken to correct the defect, if it could be done. *See* TEX. R. APP. P. 37.1, 42.3. The Clerk further notified Jeffery that the appeal would be dismissed if the defect was not corrected after the expiration of ten days from receipt of the Court's notice. Appellant failed to respond to the Court's notice.

The Court, having fully reviewed and considered the documents herein, concludes that the order appealed from fails to invoke our appellate jurisdiction and is of the opinion that the cause should be dismissed. In terms of appellate jurisdiction, each court of appeals has appellate jurisdiction of all civil cases within its district of which the district courts or county courts have jurisdiction when the amount in controversy or the judgment rendered exceeds $250, exclusive of interest and costs. *See* TEX. GOV'T CODE ANN. §22.220 (Vernon 2004). In this case, the order appealed from was not from a district or county court, rather it was an order issued by the United States Southern District Court.

The Court, having examined and fully considered the documents on file, is of the opinion that the appeal should be dismissed for want of jurisdiction. Accordingly, the appeal is hereby DISMISSED FOR WANT OF JURISDICTION. *See* TEX. R. APP. P. 42.3(a),(c).

PER CURIAM

Delivered and filed the
31st day of March, 2011.